## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

13 JAN 16 PH 2:57

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

ALFRED DJ GRIFFEN ,

        Defendant.

CASE NO. 12-cr-04440-WQH

DEPUTY

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

18:1594(c) - Conspiracy to Engage in Sex Trafficking of Children (1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/15/13

Bernard G. Skomal
U.S. Magistrate Judge